name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 16, 2006.)

■ In the Matter of WARREN THEODORE ERICKSON, an Attorney, Resignor. [820 NYS2d 907]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 16, 2006.)

■ In the Matter of JOAN M. GARACZKOWSKI, an Attorney, Resignor. [820 NYS2d 908]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)

■ In the Matter of RALPH CHARLES HARDESTY, an Attorney, Resignor. [820 NYS2d 907]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 16, 2006.)

■ In the Matter of B. THOMAS HARWOOD, an Attorney, Resignor. [820 NYS2d 909]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Sept. 11, 2006.)

■ In the Matter of SALLY A. HESTAD, an Attorney, Resignor. [820 NYS2d 908]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 16, 2006.)

■ In the Matter of MICHAEL R. KOVAL, an Attorney, Resignor. [820 NYS2d 908]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)

■ In the Matter of JOHN L. LICCIARDI, an Attorney, Resignor. [820 NYS2d 909]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Aug. 29, 2006.)

■ In the Matter of EMILY REID, an Attorney, Resignor. [820 NYS2d 910]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83

[1998]). Present—Pigott, Jr., P.J., Hurlbutt, Kehoe, Martoche and Smith, JJ. (Filed Sept. 11, 2006.)